IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00558-RPM

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.

DEBT SET, INC., a Colorado corporation;
DEBT-SET, a Nevada corporation;
RESOLVE CREDIT COUNSELING, INC., a Colorado corporation;
WILLIAM "BILL" RIGGS, individually and as an officer or director of Debt Set, Inc. and Debt-Set;
MICHELLE TUCKER, a.k.a. Michelle Mangan, individually and as an officer or director of Resolve Credit Counseling, Inc.;
LEE TUCKER, a.k.a. Leo Mangan, individually, and as an officer or director of Debt-Set; and
ISAAC KHAN, a.k.a. Isaac M. Klan or Ishaq Mohammad Khan, individually, and as an officer or director of Debt-Set,

        Defendants.

_____

ORDER
_____

The pleadings and record in this matter are unsealed.

DATED: March 26th, 2007

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge