**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:             April 3, 2007
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki

_____

Civil Action No. 07-cv-00558-RPM

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Michelle Grajales |
| | Woo Lee |
| Plaintiff, | Janice Charter |
| v. | |
| DEBT SET, INC., a Colorado corporation, | |
| DEBT-SET, a Nevada corporation, | James Hult |
| RESOLVE CREDIT COUNSELING, INC., a Colorado corporation, | Lawrence Theis |
| WILLIAM "BILL" RIGGS, individually as officer director of | James Hult |
| Debt Set, Inc. and Debt-Set, | |
| MICHELLE TUCKER, a/k/a Michelle Mangan, individually and | Tracy Asmore |
| as an officer or director of Resolve Credit Counseling, Inc., | |
| LEE TUCKER, a/k/a Leo Mangan, individually and | Claude Wild |
| as an officer or director of Debt-Set, and | Gayle Strong |
| ISAAC KHAN, a/k/a Issac M. Klan or Ishaq Mohammad Khan, | *Pro Se* |
| individually, and as an officer or director of Debt-Set, | |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Preliminary Injunction Day One**

**9:00 a.m.     Court in session.**

Christine Jobin present for Michael Burns and Craig Johnson present for First National Bank. Receiver Michael Burns, defendants Michelle Tucker, Lee Tucker and Isaac Khan present.

Court's preliminary remarks and entry of appearances by counsel.

Statements by the Court regarding defendant's Emergency Motions for Immediate Relief from Asset Freeze, filed March 30, 2007 [Docs. 26] and disclosure of ex-parte communication.

Discussion regarding named defendant Debt Set, Inc., Colorado corporation.
Mr. Hult states defendant Debt Set, Inc., Colorado corporation has never done business in Colorado, a mistake was made and is not an entity that can be a defendant in this case.

April 3, 2007
07-cv-00558-RPM

Mr. Grajales agrees, based on Mr. Hult's representation, to amend the pleading.

**ORDERED:     Defendant Debt Set, Inc., Colorado corporation is not a separate legal entity and will be removed from the caption..**

Mr. Johnson informs the Court of First National Bank's interest with respect to the scope of the injunction.

Discussion and argument regarding attorney fees.
Ms. Grajales states plaintiff does not oppose release of reasonable attorney fees.

**ORDERED:     Defendants' Partially Unopposed Emergency Motion for Immediate Relief from Asset Freeze, filed March 30, 2007 [26], is resolved pursuant to Court's ruling; enough assets shall be released to pay reasonable attorney fees.**

Counsel answer questions:
Mr. Hult states he does not think there is a antagonistic relationship between defendants Debt Set and Resolve Credit Counseling.
Mr. Theis and Mr. Hult explain defendants' primary business functions.
Mr. Hult further explains bankruptcy counseling requirements and that this litigation does not involve that requirement.
Counsel state there have been no discussion regarding modification of proposed preliminary injunction order and the effects of the entry of the ex-parte order.

Discussion regarding procedure.

**9:30 a.m.      Court in recess.**

**9:42 a.m.      Court in session.**

Counsel agree to accept declarations submitted as direct testimony and to make declarant available for cross examination.
Ms. Grajales states plaintiff elects to call Mr. Lee as a witness and to have declaration stricken.

**ORDERED:     Declaration of Woo Lee stricken.**

9:48 a.m.      Plaintiff's witness, James Howell, sworn.

Cross examination of Mr. Howell by Mr. Theis.

**Defendants' Exhibit E identified, offered and received.**

**10:09 a.m.     Court in recess.**

April 3, 2007
07-cv-00558-RPM

**10:17 a.m.     Court in session.**

10:18 a.m.     Cross examination of Mr. Howell by Mr. Hult.

Reference to Defendants' Exhibit E.

10:31 a.m.     Cross examination of Mr. Howell by Ms. Strong.

10:31 a.m.     Redirect examination of Mr. Howell by Ms. Grajales.

Reference to Defendants' Exhibit E.

10:43 a.m.     Recross examination of Mr. Howell by Mr. Theis.

10:45 a.m.     Recross examination of Mr. Howell by Mr. Hult.

10:47 a.m.     Redirect examination of Mr. Howell by Ms. Grajales.

10:49 a.m.     Plaintiff's witness, Anna Reed, sworn.

Cross examination of Ms. Reed by Mr. Theis.

**Defendant's Exhibit D identified, offered and received.**

11:12 a.m.     Cross examination of Ms. Reed by Mr. Hult.

Reference to Defendants' Exhibit D.

11:18 a.m.     Cross examination of Ms. Reed by Ms. Strong.

11:21 a.m.     Redirect examination of Ms. Reed by Mr. Woo.

11:32 a.m.     Recross examination of Ms. Reed by Mr. Theis.

11:34 a.m.     Recross examination of Ms. Reed by Mr. Hult.

11:36 a.m.     Further examination of Ms. Reed by Mr. Woo.

11:38 a.m.     Plaintiff's witness, Dianna Thaxton, sworn.

Cross examination of Ms. Thaxton by Mr. Wild.

Plaintiff's Exhibit 1 Attachments A and D identified.

11:49 a.m.     Cross examination of Ms. Thaxton by Mr. Theis.

April 3, 2007
07-cv-00558-RPM

**12:00 p.m.**     **Court in recess.**

**1:30 p.m.**     **Court in session.**

1:32 p.m.     Plaintiff's witness, Lisa Wilhelm, sworn.

Cross examination of Ms. Wilhelm by Mr. Theis.

Reference to Defendants' Exhibit E-2.

2:15 p.m.     Cross examination of Ms. Wilhelm by Mr. Hult.

Defendants' oral motion to strike the testimony of Ms. Wilhelm by Mr. Hult.

**ORDERED:**     **Defendants' oral motion to strike the testimony of Ms. Wilhelm is denied.**

2:25 p.m.     Redirect examination of Ms. Wilhelm by Ms. Charter.

Reference to Defendants' Exhibit E.

2:28 p.m.     Plaintiff's witness, Michael Burns, sworn.

Direct examination of Mr. Burns by Mr. Lee.

Reference to Defendants' Exhibit D.

2:40 p.m.     Cross examination of Mr. Burns by Mr. Theis.

**3:08 p.m.**     **Court in recess.**

**3:23 p.m.**     **Court in session.**

3:24 p.m.     Continued cross examination of Mr. Burns by Mr. Theis.

3:35 p.m.     Cross examination of Mr. Burns by Mr. Hult.

3:49 p.m.     Redirect examination of Mr. Burns by Mr. Lee.

4:01 p.m.     Mr. Grajales states plaintiff has no further witnesses at this time.

4:02 p.m.     Argument by Mr. Theis.

Court's statements and concerns.
Court instructs counsel to confer regarding modifying case approach based on its statements.

**4:15 p.m**     **Court in recess.**

Hearing continued. Total time: 5hrs. 45 min.