IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00558-RPM

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.

DEBT SET, INC., a Colorado corporation;
DEBT-SET, a Nevada corporation;
RESOLVE CREDIT COUNSELING, INC., a Colorado corporation;
WILLIAM "BILL" RIGGS, individually and as an officer or director of Debt Set, Inc. and Debt-Set;
MICHELLE TUCKER, a.k.a. Michelle Mangan, individually and as an officer or director of Resolve Credit Counseling, Inc.;
LEE TUCKER, a.k.a. Leo Mangan, individually, and as an officer or director of Debt-Set; and
ISAAC KHAN, a.k.a. Isaac M. Klan or Ishaq Mohammad Khan, individually, and as an officer or director of Debt-Set,

        Defendants.

_____

ORDER
_____

Pursuant to the hearing convened on April 4, 2007, it is

ORDERED that a scheduling conference will be held on **May 4, 2007, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at

**http://www.cod.uscourts.gov/judges_frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions. The proposed order,

original and one copy, on paper, shall be submitted directly to chambers by **April 26, 2007.**

DATED: April 5th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge