**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Civil Action No. 07-cv-00558-RPM

FEDERAL TRADE COMMISSION,

       Plaintiff,

v.

DEBT-SET, a Nevada corporation;
RESOLVE CREDIT COUNSELING, INC., a Colorado corporation;
WILLIAM RIGGS, individually and as an officer or director of Debt-Set,
MICHELLE TUCKER, a/k/a Michelle Mangan, individually and as an officer or director
of Resolve Credit Counseling, Inc.;
LEE TUCKER, a/k/a Leo Mangan, individually and as an officer or director of Debt-Set;
and
ISAAC KHAN, a/k/a Issac M. Klan or Ishaq Mohammad Khan, individually and as an
officer or director of Debt-Set,

       Defendants.
_____

**ORDER REMOVING DOCKET NUMBER 31 FROM THE RECORD**

       Upon consideration of Plaintiff Federal Trade Commission's Unopposed Motion

And Incorporated Memorandum to Remove Item Number 31 From The Docket,

containing Exhibit 11, Declaration of Woo S. Lee, and 23 PDF files of Attachment A to

Exhibit 11:

       **IT IS HEREBY ORDERED** that Docket Number 31 be stricken from the Docket.

Dated: April 16th, 2007

                      **BY THE COURT:**

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior Judge