IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: May 4, 2007
Courtroom Deputy: J. Chris Smith
ECR Technician: Kathy Terasaki

_____

Civil Action No. 07-cv-00558-RPM

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Kathryn Grajales |
| | Woo Lee |
| Plaintiff, | |
| v. | |
| DEBT-SET, | Lawrence Theis |
| RESOLVE CREDIT COUNSELING, INC., | Tracy Asmore |
| WILLIAM RIGGS, | James Hult |
| MICHAEL TUCKER, a/k/a Michelle Mangan, | |
| LEE TUCKER, a/k/a Leo Mangan, and | Claude Wild |
| ISAAC KHAN, a/k/a Isaac M. Klan or Ishaq Mohammad Khan | *Pro Se* |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**2:00 p.m.     Court in session.**

Christin Jobin and Michael Burns present.

Court's preliminary remarks.

Mr. Theis and Mr. Wild state they intend to file their defendants' answers within time frame required.

**ORDERED:    Plaintiff's Partially Unopposed Motion and Incorporated Memorandum of Law to Strike Defendant Riggs and Debt-Set's Affirmative Defenses, filed April 30, 2007 [66], is denied.**

**Mr. Hult and Ms. Grajales agree that the affirmative defenses of statute of limitations and failure to sate a claim are withdrawn.**

2:06 p.m.     Argument by Mr. Theis.
2:09 p.m.     Argument by Mr. Grajales.

May 4, 2007
07-cv-00558-RPM

Court states a hearing regarding consumer actions issue will be scheduled if issues are raised by appropriate pleadings.

Counsel state Rule 26 requirements have been complied with.

Court instructs counsel regarding Local Rule 7.3.

2:18 p.m.     Statements by Mr. Hult.
2:20 p.m.     Ms. Jobin states Mr. Burns will file a complete report by May 18, 2006.

**ORDERED:     Scheduling Order approved.**

**2:27 p.m.     Court in recess.**

Hearing concluded.  Total time: 27 min.