IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00558-RPM

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.

DEBT SET, INC., a Colorado corporation;
DEBT-SET, a Nevada corporation;
RESOLVE CREDIT COUNSELING, INC., a Colorado corporation;
WILLIAM "BILL" RIGGS, individually and as an officer or director of Debt Set, Inc. and Debt-Set;
MICHELLE TUCKER, a.k.a. Michelle Mangan, individually and as an officer or director of Resolve Credit Counseling, Inc.;
LEE TUCKER, a.k.a. Leo Mangan, individually, and as an officer or director of Debt-Set; and
ISAAC KHAN, a.k.a. Isaac M. Klan or Ishaq Mohammad Khan, individually, and as an officer or director of Debt-Set,

        Defendants.
_____

## ORDER
_____

On May 17, 2007, Defendants Resolve Credit Counseling, Inc., Debt Set, Leo Mangan, Michelle Tucker and William Riggs filed a motion for hearing regarding the Federal Trade Commission's communications with the public, for sanctions and for a protective order (Doc. #75). That motion is set for hearing at **9:30 a.m. on June 12, 2007,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

    DATED: May 22nd, 2007

                              BY THE COURT:

                              s/Richard P. Matsch_____
                              Richard P. Matsch, Senior Judge