IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: June 12, 2007
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 07-cv-00558-RPM

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Michael Bergman |
| | Kathryn Grajales |
| Plaintiff, | Woo Lee |
| | |
| v. | |
| | |
| DEBT-SET, | B. Lawrence Theis |
| RESOLVE CREDIT COUNSELING, INC., | Tracy Ashmore |
| WILLIAM RIGGS, | James Hult |
| MICHAEL TUCKER, a/k/a Michelle Mangan, | |
| LEE TUCKER, a/k/a Leo Mangan, and | Claude Wild |
| ISAAC KHAN, a/k/a Isaac M. Klan or Ishaq Mohammad Khan | *Pro Se* |
| | |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Evidentiary Motion Hearing**

**9:32 a.m.      Court in session.**

Michael Burns as monitor present.

Court's preliminary remarks.

9:34 a.m.      Statements by Mr. Theis.
9:38 a.m.      Mr. Hult states Debt-Set is not currently operating.
9:39 a.m.      Statements by Mr. Bergman.

9:45 a.m.      Defendants' witness, Michelle Tucker, sworn.

Direct examination of Ms. Tucker by Mr. Theis.

**Defendants' Exhibit A identified, offered and received.**

9:56 a.m.      Cross examination of Ms. Tucker by Mr. Bergman.

June 12, 2007
07-cv-00558-RPM

10:03 a.m.      Redirect examination of Ms. Tucker by Mr. Theis.

10:05 a.m.      Defendants' witness, Chris Vensor, sworn.

Direct examination of Mr. Vensor by Ms. Ashmore.

**Defendants' Exhibit C identified, offered and received.**

10:09 a.m.      Cross examination of Mr. Vensor by Mr. Bergman.

Plaintiff's Exhibits 2, 4, 5 and 6 identified and referenced.
Reference to Defendants' Exhibit C.

10:23 a.m.      Defendants' witness, Nichole Plesic, sworn.

Direct examination of Ms. Plesic by Ms. Ashmore.

Reference to Defendants' Exhibit A.
**Defendants' Exhibit D identified, offered and received.**

10:28 a.m.      Cross examination of Ms. Plesic by Mr. Bergman.

Reference to Defendants' Exhibit D.

10:45 a.m.      Redirect examination of Ms. Plesic by Ms. Ashmore.

10:46 a.m.      Argument by Mr. Theis regarding calling opposing counsel as a witness.

Reference to Defendants' Exhibits B and K.

10:53 a.m.      Ms. Grajales answers questions asked by the Court.

**ORDERED:   FTC shall remove the March 27, 2007 press release from its website.**

10:56 a.m.      Further argument by Mr. Theis.

10:58 a.m.      Mr. Bergman answers questions.

11:00 a.m.      Plaintiff's witness, Dianna Thaxton, sworn.

Direct examination of Ms. Thaxton by Mr. Bergman.

Plaintiff's Exhibit 9 identified and offered.

11:02 a.m.      Mr. Theis voir dires Ms. Thaxton regarding Plaintiff's Exhibit 9.

June 12, 2007
07-cv-00558-RPM

**Plaintiff's Exhibit 9 received.**

11:03 a.m.   Continued direct examination of Ms. Thaxton.

Ms. Thaxton answers questions asked by the Court.

**Plaintiff's Exhibits 8 and 7 identified, offered and received.**

11:15 a.m.   Cross examination of Ms. Thaxton by Mr. Theis.

Reference to Plaintiff's Exhibit 7.

11:19 a.m.   Redirect examination of Ms. Thaxton by Mr. Bergman.

11:21 a.m.   Statements by Mr. Theis.

Court's statements.

**ORDERED:   Motion for Forthwith Hearing Regarding Federal Trade Commission Communications With The Public , For Sanctions And For A Protective Order, filed May 17, 2007 [75], is resolved and request for sanctions is denied.**

**ORDERED:   Motion to Assess Receiver Compensation to the Federal Trade Commission, filed May 24, 2007 [79], is denied.**

Counsel state they have no objections to receiver's payment.

**ORDERED:   Temporary Receiver's First and Final Application for Approval and Payment of Fees and Expenses For The Period March 22, 2007 Through April 6, 2007 [76], is granted.**

11:26 a.m.   Argument by Ms. Grajales regarding necessity for a monitor.
11:27 a.m.   Argument by Mr. Theis.

**ORDERED:   Defendants' counsel shall file a motion for modification of stipulated order.**

Discussion regarding scheduling.
Mr. Kahn states he intends to continue self representation.

**ORDERED:   Defendant Kahn shall file his answer by June 20, 2007.**

**11:30 a.m.   Court in recess.**

**Clerk's note: Exhibits 7, 8, 9, A, C, and D retained.**

Hearing concluded.  Total time: 1 hr. 58 min.