IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00558-RPM

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.

DEBT SET, INC., a Colorado corporation;
DEBT-SET, a Nevada corporation;
RESOLVE CREDIT COUNSELING, INC., a Colorado corporation;
WILLIAM "BILL" RIGGS, individually and as an officer or director of Debt Set, Inc. and Debt-Set;
MICHELLE TUCKER, a.k.a. Michelle Mangan, individually and as an officer or director of Resolve Credit Counseling, Inc.;
LEE TUCKER, a.k.a. Leo Mangan, individually, and as an officer or director of Debt-Set; and
ISAAC KHAN, a.k.a. Isaac M. Klan or Ishaq Mohammad Khan, individually, and as an officer or director of Debt-Set,

        Defendants.
_____

ORDER SETTING PRETRIAL CONFERENCE AND TRIAL DATE
_____

        Pursuant to the hearing today, it is

        ORDERED that a pretrial conference is scheduled for **December 21, 2007, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **December 14, 2007.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend. It is

FURTHER ORDERED that this matter is set for trial to the Court on **January 7, 2008, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

DATED: September 10, 2007

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge