IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: September 10, 2007
Courtroom Deputy: J. Chris Smith
FTR Technician: Bernique Abiakam

_____

Civil Action No. 07-cv-00558-RPM

FEDERAL TRADE COMMISSION,                           Peter W. Lamberton

       Plaintiff,

v.

DEBT-SET,                                                      James Hult
RESOLVE CREDIT COUNSELING, INC.,         B. Lawrence Theis
WILLIAM RIGGS,
MICHAEL TUCKER, a/k/a Michelle Mangan,
LEE TUCKER, a/k/a Leo Mangan, and             Claude Wild
ISAAC KHAN, a/k/a Isaac M. Klan or Ishaq Mohammad Khan    *Not present*

       Defendants.
_____

### COURTROOM MINUTES
_____

**Motions Hearing**

**10:00 a.m.  Court in session.**

Christine Jobin and Michael Burns as monitor are present.

Court's procedural remarks.

**ORDERED:  Monitor reports shall remain filed under seal.**

Counsel answer questions.

| | |
|---|---|
| 10:05 a.m. | Statements by Mr. Lamberton. |
| 10:06 a.m. | Statements by Mr. Hult. |
| 10:10 a.m. | Statements by Ms. Jobin. |
| 10:11 a.m. | Statements by Mr. Burns. |
| 10:13 a.m. | Further statements by Mr. Lamberton |
| 10:16 a.m. | Further statements by Mr. Hult. |
| 10:17 a.m. | Statements by Mr. Wild. |

September 10, 2007
07-cv-00558-RPM

**ORDERED:** **Defendants Debt Set and Mr. Riggs are not released from monitoring.**

| | |
|---|---|
| 10:18 a.m. | Further statements by Ms. Jobin. |
| 10:23 a.m. | Statements by Mr. Theis. |
| 10:29 a.m. | Further statements by Mr. Lamberton. |

**ORDERED:** **Four day Trial to Court scheduled January 7, 2008**
**Pretrial Conference set December 21, 2007 at 11:00 a.m.**
**Agreed proposed pretrial order to be submitted directly to chambers by December 14, 2007 on paper.**
**Motion to Expedite Trial Date, filed September 5, 2007 [105], is granted.**
**Motion to Modify Stipulated Interim Order, filed June 22, 2007 [91], is denied.**

**ORDERED:** **Monitor's report shall be filed quarterly.**
**Monitor shall submit a proposed order for pending fee request.**

**10:36 a.m.** **Court in recess.**

Hearing concluded. Total time: 36 min.