**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CASE NO.** 0**7-CV-00558-RPM-CBS**

FEDERAL TRADE COMMISSION

    Plaintiff

vs.

DEBT SET, INC.,
    a Colorado corporation,

DEBT-SET,
    a Nevada corporation,

RESOLVE CREDIT COUNSELING, INC.,
    a Colorado corporation,

WILLIAM "BILL" RIGGS, individually and as
    officer or director of Debt Set, Inc.
    and Debt-Set,

MICHELLE TUCKER, a.k.a. Michelle Mangan,
    individually and as an officer or director
    of Resolve Credit Counseling, Inc.,

LEE TUCKER, a.k.a. Leo Mangan,
    individually and as an officer or director
    of Debt-Set, and

ISAAC KHAN, a.k.a. Isaac M. Klan or Ishaq
    Mohammad Khan, individually and
    as an officer or director of Debt-Set,

    Defendants

**ORDER ON MONITOR'S FIRST APPLICATION
FOR APPROVAL AND PAYMENT OF FEES AND EXPENSES
FOR THE PERIOD APRIL 7, 2007 THROUGH JUNE 19, 2007**

**THE COURT**, having received and reviewed the Monitor's First Application for Approval and Payment of Fees and Expenses for the Period April 7, 2007 through June 19, 2007, (the "First Fee Application") (Docket No. 92) and any responses thereto, and finding the Monitor's fees and expenses are reasonable and were necessary to the proper administration of this matter,

**ORDERS** that the First Fee Application is approved. The Monitor's fees in the amount of $17,850.00 and expenses incurred in the amount of $10,080.50 during the period April 7 through June 19, 2007 are hereby approved by the Court. The Court

**FURTHER ORDERS** that because the defendant, Resolve Credit Counseling, Inc. ("Resolve"), benefitted from the services provided in the relative proportionate amount of 60% of the total of the fees and expenses approved, and the defendant, Debt-Set, benefitted in the relative proportionate amount of 40% of the total of the fees and expenses approved, Resolve is directed to pay 60% and Debt-Set is directed to pay 40% of the total fees and expenses approved by the Court.

**DATED** this 11th day of September, 2007.

        **BY THE COURT:**

        s/Richard P. Matsch
        _____

        Richard P. Matsch
        United States District Court Judge