**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CASE NO.** 0**7-CV-00558-RPM-CBS**

FEDERAL TRADE COMMISSION

    Plaintiff

vs.

DEBT SET, INC.,
    a Colorado corporation,

DEBT-SET,
    a Nevada corporation,

RESOLVE CREDIT COUNSELING, INC.,
    a Colorado corporation,

WILLIAM "BILL" RIGGS, individually and as
    officer or director of Debt Set, Inc.
    and Debt-Set,

MICHELLE TUCKER, a.k.a. Michelle Mangan,
    individually and as an officer or director
    of Resolve Credit Counseling, Inc.,

LEE TUCKER, a.k.a. Leo Mangan,
    individually and as an officer or director
    of Debt-Set, and

ISAAC KHAN, a.k.a. Isaac M. Klan or Ishaq
    Mohammad Khan, individually and
    as an officer or director of Debt-Set,

    Defendants

**ORDER ON MONITOR'S SECOND APPLICATION
FOR APPROVAL AND PAYMENT OF FEES AND EXPENSES
FOR THE PERIOD JUNE 20, 2007 THROUGH SEPTEMBER 30, 2007**

**THE COURT**, having received and reviewed the Monitor's Second Application for Approval and Payment of Fees and Expenses for the Period June 20, 2007 through September 30, 2007, (the "Second Fee Application") and any responses thereto, and finding the Monitor's fees and expenses are reasonable and were necessary to the proper administration of this matter,

**ORDERS** that the Second Fee Application is approved. The Monitor's fees in the amount of $7,400.00 and expenses incurred in the amount of $9,304.71 during the period June 20, 2007 through September 30, 2007 are hereby approved by the Court. The Court

**FURTHER ORDERS** that because the defendants, Resolve Credit Counseling, Inc. ("Resolve") and Debt-Set benefitted from the services provided in the respective proportionate amounts set forth in the Second Fee Application, Resolve is directed to pay $13,834.35 and Debt-Set is directed to pay $2,870.36 of the total fees and expenses approved by the Court.

**DATED** this 23rd day of October, 2007.

**BY THE COURT:**

s/Richard P. Matsch

---

Richard P. Matsch
United States District Court Judge