# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**CASE NO.** 0**7-CV-00558-RPM-CBS**

FEDERAL TRADE COMMISSION

    Plaintiff

vs.

DEBT SET, INC.,
    a Colorado corporation,

DEBT-SET,
    a Nevada corporation,

RESOLVE CREDIT COUNSELING, INC.,
    a Colorado corporation,

WILLIAM "BILL" RIGGS, individually and as
    officer or director of Debt Set, Inc.
    and Debt-Set,

MICHELLE TUCKER, a.k.a. Michelle Mangan,
    individually and as an officer or director
    of Resolve Credit Counseling, Inc.,

LEE TUCKER, a.k.a. Leo Mangan,
    individually and as an officer or director
    of Debt-Set, and

ISAAC KHAN, a.k.a. Isaac M. Klan or Ishaq
    Mohammad Khan, individually and
    as an officer or director of Debt-Set,

    Defendants

**STAY ORDER**

After issuing the Order on Monitor's Second Application for Approval and Payment of Fees and Expenses for the Period June 20, 2007 through September 30, 2007, the Court received Resolve defendants' objection. It is now

ORDERED that the order on application for payments of fees and expenses is stayed pending review of the Resolve defendants' objection.

**DATED** this 23rd day of October, 2007.

                                            **BY THE COURT:**

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch
                                            United States District Court Judge