IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00558-RPM

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.

DEBT SET, INC., a Colorado corporation;
DEBT-SET, a Nevada corporation;
RESOLVE CREDIT COUNSELING, INC., a Colorado corporation;
WILLIAM "BILL" RIGGS, individually and as an officer or director of Debt Set, Inc. and Debt-Set;
MICHELLE TUCKER, a.k.a. Michelle Mangan, individually and as an officer or director of Resolve Credit Counseling, Inc.;
LEE TUCKER, a.k.a. Leo Mangan, individually, and as an officer or director of Debt-Set; and
ISAAC KHAN, a.k.a. Isaac M. Klan or Ishaq Mohammad Khan, individually, and as an officer or director of Debt-Set,

        Defendants.
_____

ORDER VACATING STAY ORDER
_____

On October 23, 2007, this Court entered an Order on Monitor's Second Application for Approval and Payment of Fees and Expenses for the Period June 20, 2007, Through September 30, 2007. On October 23, 2007, the Resolve defendants filed an objection to the Monitor's second application for fees which was received after the court order entered. Accordingly, the Court entered a stay order pending review of the objection. On October 30, 2007, the Monitor filed a reply, responding to the objections. The objections were not addressed to the reasonableness of the application amounts but to the proposed allocation of payment between Resolve Credit Counseling, Inc., and Debt-Set. The Court now being satisfied that the allocation

requested is appropriate and the Court having already made the correction for the $35.00 error in its order, it is

ORDERED that the stay order is vacated and the Monitor may forthwith proceed to make the payments authorized.

DATED: November 7th, 2007

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge