IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                      Senior District Judge Richard P. Matsch

Date:              January 31, 2008
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki
_____

Civil Action No. 07-cv-00558-RPM

FEDERAL TRADE COMMISSION,                              Peter W. Lamberton
                                                       Leah Frazier
        Plaintiff,

v.

DEBT-SET, a Nevada corporation,                        James Hult
RESOLVE CREDIT COUNSELING, INC.,                       B. Lawrence Theis
a Colorado corporation,                                Teresa L. Ashmore
WILLIAM "BILL" RIGGS,
MICHAEL TUCKER, a/k/a Michelle Mangan,
LEE TUCKER, a/k/a Leo Mangan, and                      Claude Wild
ISAAC KHAN, a/k/a Isaac M. Klan or Ishaq Mohammad Khan  Pro Se present

        Defendants.
_____

                              COURTROOM MINUTES
_____

**Hearing: Joint Motions for Entry of Stipulated Permanent Injunction**

**1:59 p.m.      Court in session.**

Christine Jobin, Michael Burns as monitor and all defendants are present.

Mr. Lamberton states the Commission is in the process of considering the recommendation for approval of the settlement agreement between plaintiff and defendant Khan.

Defendant Khan accepts Court's permission to be excused from remainder of this hearing.

2:04 p.m.      Statements by Mr. Hult regarding current financial status of Debt-Set.
2:07 p.m.      Statements by Ms. Jobin.
2:10 p.m.      Statements by Mr. Theis.
2:12 p.m.      Further statements by Mr. Hult.

Ms. Frazier, Mr. Theis, Mr. Hult and Ms. Jobin answer questions asked by the Court regarding the submitted proposed judgments.

January 31, 2008
07-cv-00558

Mr. Theis and Mr. Hult state Corporate Resolutions can be provided to the Court.

At the request of counsel Court permits a recess to allow counsel to confer regarding issues identified by the Court.

**2:33 p.m.**     **Court in recess.**

**3:02 p.m.**     **Court in session.**

Mr. Theis states identified issues have been resolved and informs the Court of the agreed terms.
Statements by Mr. Hult.
Statement by Ms. Jobin.

**ORDERED:**     **Monitors final report due February 8, 2008.**
                     **Responses / objections to final report / monitor due by February 19, 2008.**

Statements by Mr. Lamberton.

**ORDERED:**     **FTC shall provide identification of those from FTC with authority to act under the order by February 11, 2008.**

Mr. Lamberton insures that he will oversee all public communications regarding this settlement with the understanding of the Court's cautions.

Mr. Tucker and Mr. Theis answer questions asked by the Court.

Ms. Tucker states she has reviewed and understands proposed agreement and is voluntarily entering into it.

**ORDERED:**     **Agreement approved.**

Mr. Wild and Mr. Mangan answers questions asked by the Court.
Mr. Mangan states he has reviewed and understands proposed agreement and is voluntarily entering into it.

Mr. Hult and Mr. Riggs answers questions asked by the Court.
Mr. Riggs states he has reviewed and understands proposed agreement and is voluntarily entering into it.

**ORDERED:**     **Agreement approved.**

**ORDERED:**     **Joint Motions for Entry of Stipulated Permanent Injunction as to Defendants Debt-Set, Resolve Credit Counseling, Inc., William Riggs, Michelle Tucker and Leo Mangan a/k/a Lee Tucker, filed January 4, 2008 [132], are granted. Orders signed.**

**3:28 p.m.**     **Court in recess.**    Hearing concluded. Total time: 1 hr. 29 min.