# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**CASE NO.** 0**7-CV-00558-RPM-CBS**

FEDERAL TRADE COMMISSION

    Plaintiff

vs.

DEBT SET, INC.,
    a Colorado corporation,
DEBT-SET,
    a Nevada corporation,
RESOLVE CREDIT COUNSELING, INC.,
    a Colorado corporation,
WILLIAM "BILL" RIGGS, individually and as
    officer or director of Debt Set, Inc.
    and Debt-Set,
MICHELLE TUCKER, a.k.a. Michelle Mangan,
    individually and as an officer or director
    of Resolve Credit Counseling, Inc.,
LEE TUCKER, a.k.a. Leo Mangan,
    individually and as an officer or director
    of Debt-Set, and
ISAAC KHAN, a.k.a. Isaac M. Klan or Ishaq
    Mohammad Khan, individually and
    as an officer or director of Debt-Set,

    Defendants

---

### ORDER ON MONITOR'S THIRD AND FINAL APPLICATION
### FOR APPROVAL AND PAYMENT OF FEES AND EXPENSES
### FOR THE PERIOD OCTOBER 1, 2007 THROUGH FEBRUARY 8, 2008

---

**THE COURT**, having received and reviewed the Monitor's Third and Final Application for

Approval and Payment of Fees and Expenses for the Period October 1, 2007 through February 8,

2008, (the "Final Fee Application") and any responses thereto, and finding the Monitor's fees and expenses are reasonable and were necessary to the proper administration of this matter,

**ORDERS** that the Final Fee Application is approved. The Monitor's fees in the amount of $16400.00 and expenses incurred in the amount of $15,078.58 during the period October 1, 2007 through February 8, 2008 are hereby approved by the Court. The Court

**FURTHER ORDERS** that because the defendants, Resolve Credit Counseling, Inc. ("Resolve") and Debt-Set benefitted from the services provided in the respective proportionate amounts set forth in the Final Fee Application, Resolve is directed to pay $12,098.49 and Debt-Set is directed to pay $19,380.09 of the total fees and expenses approved by the Court. The Court

**FURTHER ORDERS** that the parties shall perform in accordance with their respective agreements concerning payment of the Monitor's fees and expenses which were stated on the record at the hearing on January 31, 2008. The Court

**FURTHER ORDERS** that in the event Debt-Set, Relief Corp. and/or Resolve lack the funds to satisfy their respective financial obligations to the Monitor, then the directors, officers and/or shareholders shall be and hereby are personally liable for the obligations of their respective corporations. The Court shall retain jurisdiction to construe and/or enforce this Order.

**DATED** this 22nd day of February, 2008.

                **BY THE COURT:**

                s/Richard P. Matsch

                Richard P. Matsch
                United States District Court Judge